# EXHIBIT A

**Appendix XII-B1**

| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1. **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | PAYMENT TYPE: ☐ CK ☐ CG ☐ CA<br>CHG/CK NO.:<br>AMOUNT:<br>OVERPAYMENT:<br>BATCH NUMBER: |

| ATTORNEY / PRO SE NAME<br>AUGUST R. SOLTIS, ESQUIRE | TELEPHONE NUMBER<br>(973) 616-8820 | COUNTY OF VENUE<br>Essex |
|---|---|---|
| FIRM NAME (if applicable)<br>AUGUST R. SOLTIS, ESQUIRE | | DOCKET NUMBER (when available)<br>ESX-L- |
| OFFICE ADDRESS<br>530 Ramapo Avenue<br>Pompton Lakes, N.J. 07442 | | DOCUMENT TYPE<br>Complaint and Jury Demand |
| | | JURY DEMAND  ■ YES  ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>DAVID QUINE, Plaintiff | CAPTION<br>DAVID QUINE v. AEARO TECHNOLOGIES, t/a AOSAFETY, ABC CORP., XYZ CORP., JOHN DOES I through V |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing)<br>606 | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?  ☐ YES  ■ No | IF YES, LIST DOCKET NUMBERS<br>N/A |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ YES  ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>N/A  ☐ NONE  ■ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES  ■ No |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION
None.

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION<br>N/A |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ No | IF YES, FOR WHAT LANGUAGE?<br>N/a |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 04/01/2010, CN 10517-English

page 1 of 2

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999  OTHER (Briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603  AUTO NEGLIGENCE – PERSONAL INJURY
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
- 280  Zelnorm
- 285  Stryker Trident Hip Implants
- 288  Prudential Tort Litigation

### Mass Tort (Track IV)
- 248  CIBA GEIGY
- 266  HORMONE REPLACEMENT THERAPY (HRT)
- 271  ACCUTANE
- 272  BEXTRA/CELEBREX
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 275  ORTHO EVRA
- 277  MAHWAH TOXIC DUMP SITE
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 283  DIGITEK
- 284  NUVARING
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 601  ASBESTOS
- 619  VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category
☐ Verbal Threshold    ☐ Putative Class Action    ☐ Title 59

| | |
|---|---|
| Attorney(s): | **AUGUST R. SOLTIS, ESQUIRE** |
| Law Firm: | **AUGUST R. SOLTIS, ESQUIRE** |
| Address: | **530 Ramapo Avenue** |
| | **Pompton Lakes, N.J. 07442** |
| Telephone No.: | **(973) 616-8820** |
| Fax No.: | **(973) 616-8826** |
| E-mail: | **asoltis@soltislegal.com** |
| Attorney(s) for Plaintiff(s): | **David Quine** |

**David Quine**

Plaintiff(s)

vs.

**AERO Technologies t/a AOSafety**

Defendant(s)

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION

ESSEX COUNTY

DOCKET NO. **ESX-L-4848-10**

CIVIL ACTION

**Summons**

From the State of New Jersey

To the Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of **$135.00** and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: **July 12, 2010**

*/s/ Jennifer M. Perez/APS*

**Jennifer M. Perez**

*Superior Court Clerk*

Name of Defendant To Be Served: **AERO Technologies t/a AOSafety**

Address of Defendant To Be Served: **5457 West 79th Street, Indianapolis, IN 46268**
   **ATTN: Robert B. Hebert - Sr. Vice President and General Counsel**

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A, CN 10792
Rev. 7/1/08   P6/09

Powered by HotDocs®

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

## Directory of Superior Court Deputy Clerk Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main Street
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor, Court Facility,
49 Rancocas Road
Mount Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
First Floor, Hall of Justice
101 South Fifth Street, Suite 150
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 North Main Street
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Streets, P.O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Floor, Court House
1 North Broad Street, P.O. Box 750
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Courthouse, First Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Middlesex Vicinage
Second Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
71 Monument Park, P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Washington and Courts Streets, P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street, P.O. Box 29
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, P.O. Box 3000
40 North Bridge Street
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
First Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A, CN 10792
Rev. 7/1/08   P6/09

Powered by HotDocs®

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK          NJ 07102                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (973) 693-5529
COURT HOURS

                        DATE:   JUNE 17, 2010
                        RE:     QUINE VS AEARO TECHNOLOGIES
                        DOCKET: ESX L -004848 10

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

    DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:   HON NED M. ROSENBERG

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM        002
AT: (973) 693-6513 EXT 6528.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

                ATTENTION:             ATT: AUGUST R. SOLTIS
                                       AUGUST R. SOLTIS
                                       530 RAMAPO AVENUE
                                       POMPTON LAKES      NJ 07442

JUGOSKE0

AUGUST R. SOLTIS, ESQUIRE
530 Ramapo Avenue
Pompton Lakes, New Jersey 07442
(973) 616-8820
Attorney for Plaintiff

| | |
|---|---|
| DAVID QUINE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AEARO TECHNOLOGIES t/a AOSafety, ABC CORP., XYZ CORP., JOHN DOES I through V,<br><br>　　　　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO. L – 4848–10<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

The plaintiff, DAVID QUINE, residing at 55 Poplargrove Terrace, in the Township of West Milford, County of Passaic, State of New Jersey, by way of Complaint against the defendants, says:

### FIRST COUNT

1. At all times herein mentioned and upon information and belief, the defendant, Aearo Technologies, t/a AOSafety, was a corporation authorized to do business in the State of New Jersey and was engaged in the business of manufacturing certain AOSafety Tuffmaster Headgear Systems with WP 96R Polycarbonate face shields which were designed and sold to protect the faces and eyes of individuals wearing said AOSafety Tuffmaster Headgear Systems.

2. At all times herein mentioned and upon information and belief, the defendant, Aearo Technologies, t/a AOSafety, was a corporation authorized to do business in the State of New Jersey and was engaged in the business of designing, manufacturing, assembling, fabricating, distributing and/or selling certain AOSafety Tuffmaster Headgear Systems with WP 96R Polycarbonate face shields. Defendant, Aearo Technologies, t/a AOSafety, sold numerous

AOSafety Tuffmaster Headgear Systems with WP 96R Polycarbonate face shields, a substantial number of which were sold in Essex County, New Jersey.

3. The defendants, ABC CORP., XYZ CORP. and JOHN DOES I through V, are fictitious names for business entities and individuals, whose identities are presently unknown. When the true and correct names of the defendants are ascertained, the plaintiff will seek leave of Court to amend this pleading and insert the true and correct names.

4. For some time prior to June 28, 2008, the defendant, Aearo Technologies, t/a AOSafety, either in whole or in part, designed, manufactured, assembled, fabricated, distributed and/or sold a certain AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield which was being used for its intended purpose by plaintiff, David Quine, on June 28, 2008, the date of the accident in which David Quine was injured. Specifically, on June 28, 2008 David Quine was wearing an AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield and on that date the face shield broke and was penetrated by a foreign object, thereby causing David Quine to become legally blind in his left eye.

5. For some time prior to June 28, 2008, the defendant, Aearo Technologies, t/a AOSafety, either in whole or in part, designed, manufactured, assembled, distributed and/or sold the aforementioned AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield and placed same in the stream of commerce.

6. For some time prior to June 28, 2008, the AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield that was placed in the stream of commerce by defendant, As aforesaid, on June 28, 2008 plaintiff, David Quine, was using the said AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield in its intended manner.

7. Defendants, and each of them, negligently designed, manufactured, assembled, distributed, fabricated and sold the said AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield and its component parts and said AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield was inherently dangerous, was capable of causing grievous injury when used in its intended manner, was constructed of inferior materials,

contained defective parts, was without adequate features to protect the safety of the operator and bore insufficient notices of warnings as to the potential dangers inherent in the AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield.

8. Due to the negligence of the defendants, and each of them as aforesaid, the said AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield failed to function properly and caused the plaintiff to suffer severe and permanent injuries requiring medical attention and hospital care, to endure great pain and mental anguish, to be prohibited from pursuing his usual business and personal affairs and will in the future continue to cause pain and suffering, the incurring of medical expenses and permanent disability.

WHEREFORE, the plaintiff, demands judgment against the defendants jointly, severally or in the alternative for damages, together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff, David Quine, repeats each and every allegation contained in the First Count herein and makes them a part hereof as though set forth verbatim and at length.

2. At all times mentioned herein, the defendants, and each of them, warranted that the AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield was of merchantable quality and was safe and fit for use in its ordinary and intended manner.

3. In fact, the AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield was not of merchantable quality nor safe and fit for the ordinary purposes for which it was designed, manufactured and sold in that it contained serious defects which constituted an unreasonable and dangerous hazard to those using same and was otherwise unsafe as hereinbefore alleged.

4. As a result of the breach of express and implied warranties by the defendants, and each of them plaintiff, David Quine, was caused to suffer the permanent injuries and damages aforesaid.

WHEREFORE, the plaintiff, demands judgment against the defendants jointly, severally or in the alternative for damages, together with interest and costs of suit.

## THIRD COUNT

1. Plaintiff, David Quine, repeats each and every allegation contained in the First and Second Counts herein and makes them a part hereof as though set forth verbatim and at length.

2. Plaintiff contends that the defendants, and each of them, are strictly liable in tort pursuant to the New Jersey Products Liability Act, N.J.S.A. 2A:58C-1, et seq., for the defective product which resulted in his injury. Specifically, the AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield was defective because it: (a) deviated from the design specifications, formulae and performance standards of the manufacturer and from otherwise identical units of manufacture to the same manufacturing specifications and formulae; (b) failed to contain adequate warnings or instructions; and (c) was designed in a defective manner. Additionally, the defendant, is liable to plaintiff under the provisions of the New Jersey Products Liability Act, N.J.S.A. 2A:58C-1, et seq., because said defendant designed, manufactured, assembled, fabricated, distributed and/or sold the defective AOSafety Tuffmaster Headgear System with WP 96R Polycarbonate face shield and placed same in the stream of commerce.

3. As a result of the aforesaid conduct of the defendants, and each of them, plaintiff was caused to suffer the permanent injuries and damages as aforesaid.

WHEREFORE, the plaintiff, demands judgment against the defendants jointly, severally or in the alternative for damages, together with interest and costs of suit.

## JURY DEMAND

Plaintiff demands a trial by jury of six on all issues herein.

DATED: June 7, 2010

_____
AUGUST R. SOLTIS
Attorney for Plaintiff

4

## CERTIFICATION

Pursuant to Rule 4:5-1, the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding, and no other action or arbitration proceeding is contemplated and no other party should be joined in this action.

DATED: June 7, 2010

_____
AUGUST R. SOLTIS
Attorney for Plaintiff